O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-03489-AHM (JWJx) | Date | November 2, 2011 |
|---|---|---|---|
| Title | WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION, et al. v. RYAN INTERNATIONAL AIRLINES, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jeremy Stamelman | Thomas J. Lester |

**Proceedings:** MANDATORY SETTLEMENT CONFERENCE (non-evidentiary)

Cause called; appearances made.  Also present are Rachel Brinkman and Gareth Slethen as plaintiff-client representatives.  No appearance by any defendant-client representative.

Court informs counsel of the settlement conference procedures.  Settlement conference is held.  A settlement is not reached.

|  | 1 | : | 55 |
|---|---|---|---|
| Initials of Preparer | | | SMO |