UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-03489 AHM (JWJx) | Date | November 18, 2011 |
|---|---|---|---|
| Title | WELLS FARGO BANK NORTHWEST, NATIONAL ASSOCIATION v. RYAN INTERNATIONAL AIRLINES INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:       Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

# JUDGMENT

In light of this Court's prior rulings, and Defendant having failed to oppose the relief that plaintiffs requested in their "Supplemental Memorandum of Contentions of Fact and Law" (Dkt. 84), and good cause therefor having been established, JUDGMENT IS HEREBY entered in favor of plaintiffs in the amount of $1,068,021.19, plus attorneys' fees and costs to be determined later pursuant to Local Rule 16-4.5.

Ryan International Airlines's claims for credit for alleged damage to the Teflon Sleeve and alleged rental costs for the engine stand have been adjudicated in its favor, but they are accounted for in the calculations supporting the foregoing award to plaintiffs.

**JS-6**

                                                                          :
                                        Initials of Preparer        SMO